WAYNE WIRTH, Appellant, *v.* CLENDENIN RYAN, Respondent.

Argued October 5, 1953; decided October 22, 1953.

*Montague Casper* and *Charlés J. Nehrbas* for appellant.
*Edmund L. Palmieri* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS. Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.